**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

THOMAS C. IOELE,

                                    Plaintiff,

          v.

ONSTAR CORPORATION AND ONSTAR, LLC,

                                    Defendants.

**STIPULATED ORDER OF**
**DISMISSAL**

Civil Action No.:  11-CV-6202CJS

          Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (ii), plaintiff  Thomas C.

Ioele, and defendants Onstar Corporation and Onstar, LLC stipulate to the dismissal, with

prejudice, of all claims plaintiff asserts against Defendants.  Each party will bear its own costs

and fees.  This Court shall retain both subject matter and personal jurisdiction over the Parties for

the purpose of enforcing the terms and conditions of the settlement agreement between the

parties that resolved this matter.

**SO STIPULATED:**

          November 5
DATED: ~~October~~ __, 2012

          November 1,
DATED: ~~October~~ __, 2012

          WOODS OVIATT GILMAN LLP

By: _____
          Donald W. O'Brien, Jr., Esq.
          *Attorneys for Plaintiff*
          700 Crossroads Building
          2 State Street
          Rochester, New York 14614
          585.987.2800

          THORN, GERSHON, TYMANN & BONANNI, LLP

By: _____
          Paul D. Jureller, Esq.
          *Attorneys for Defendants*
          5 Wembley Court
          Albany, New York 12212-5054

**SO ORDERED** this ___6th___ day of October, 2012.

_____
Jonathan W. Feldman
United States Magistrate Judge

{162714 9: }